WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Abdalla, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Great American Insurance Agency, Inc., d/b/a Great American Insurance Group, et al., <br><br> Defendants. | NO. CIV-06-1842-PHX-SMM <br><br> **ORDER** |

Pending before the Court is Plaintiffs' Stipulation for Substitution of Counsel. (Dkt. 8.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Stipulation for Substitution of Counsel. (Dkt. 8.)

**IT IS FURTHER ORDERED** that the law firm of Kirsch-Goodwin & Kirsch, PLLC, through Lori B. Kirsch-Goodwin, shall be substituted as Plaintiffs' counsel of record in this matter in place of Tunney Law Offices, LLC, through Stephen L. Tunney.

DATED this 16th day of November, 2006.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge