WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Mohammed Abdalla, et al., | NO. CIV-06-1842-PHX-SMM |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| Great American Insurance Agency, Inc., d/b/a Great American Insurance Group, et al., | |
| Defendants. | |

Pending before the Court is Defendant's Motion to Appear Telephonically at the Rule 16 Pretrial Conference on February 7, 2007. (Dkt. 14.) For good cause,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Appear Telephonically at the Rule 16 Pretrial Conference on February 7, 2007. (Dkt.14.)

**IT IS FURTHER ORDERED** that Defendant's client representative shall call the Court on <u>one clear telephone line</u> at 3:55 p.m. at 602-322-7555.

DATED this 22nd day of January, 2007.

Stephen M. McNamee
United States District Judge