WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Abdalla, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Great American Insurance Agency, Inc., d/b/a Great American Insurance Group, et al., <br><br> Defendants. | NO. CIV-06-1842-PHX-SMM <br><br> **ORDER** |

Pending before the Court is the parties' Expedited Stipulation to Continue the Rule 16 Scheduling Conference, scheduled for March 21, 2007. (Dkt. 20.) The parties represent that they are engaged in good faith settlement negotiations, and have agreed that the Defendants may depose both plaintiffs. (Id.) The parties request a 30-day extension of the Rule 16 Conference so that they can conduct the depositions and conclude settlement discussions. For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Expedited Stipulation to Continue the Rule 16 Scheduling Conference, scheduled for March 21, 2007. (Dkt. 20.)

**IT IS FURTHER ORDERED VACATING** the Rule 16 Scheduling Conference set for March 21, 2007 at 3:00 p.m.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16, a Preliminary Pretrial Conference is set for May 8, 2007 at 4:00 p.m. before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.

DATED this 6th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge