**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Abdalla; Jafar Abdalla; and Planet Express, Inc., an Arizona corporation,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Great American Insurance Agency, Inc., d/b/a Great American Insurance Group, an Ohio corporation; John and Jane Does I through X; and ABC Companies I through X,<br><br>　　　　　Defendants. | No. CIV 06-1842-PHX-SMM<br><br>**ORDER** |

Having received the Status Report of the parties and the Expedited Request to Appear Telephonically at the May 8, 2007 Continuing Scheduling Conference (Doc. 23),

**IT IS HEREBY ORDERED** that counsel for the parties may appear telephonically at the May 8, 2007 Continuing Scheduling Conference. The parties shall call each other and then call the Court on one clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

**IT IS FURTHER ORDERED** that the parties are not required to attend the Continuing Scheduling Conference on May 8, 2007.

DATED this 7th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge