**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Abdalla; Jafar Abdalla; and Planet Express, Inc., an Arizona corporation,<br><br>        Plaintiffs,<br>v.<br><br>Great American Insurance Agency, Inc., d/b/a Great American Insurance Group, an Ohio corporation; John and Jane Does I through X; and ABC Companies I through X,<br><br>        Defendants. | No. CIV 06-1842-PHX-SMM<br><br>**ORDER** |

Having received Defendant's Notice of Settlement, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, September 28, 2007** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Thursday, October 18, 2007 at 4:00 p.m.** If the stipulation is received by **Friday, September 28, 2007**, the status conference will be automatically vacated.

DATED this 31st day of August, 2007.

Stephen M. McNamee
United States District Judge