**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Abdalla; Jafar Abdalla; and Planet Express, Inc., an Arizona corporation,<br><br>            Plaintiffs,<br>v.<br><br>Great American Insurance Agency, Inc., d/b/a Great American Insurance Group, an Ohio corporation; John and Jane Does I through X; and ABC Companies I through X,<br><br>            Defendants. | No. CIV 06-1842-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 30]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 30] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that the status conference scheduled for **Thursday, October 18, 2007 at 4:00 p.m.** in this matter, as well as any pending motions are hereby **VACATED**.

DATED this 27th day of September, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge